ARTHUR W. LAZEAR, SBN 083603
arthur@lazearmack.com
MORGAN M. MACK,  SBN 212659
morgan@lazearmack.com
LAZEAR MACK
436-14TH STREET SUITE 1117
OAKLAND, CA 94612
510-735-6316 510-545-2442 FAX

Attorneys for Plaintiff
BREANA JOHNSON

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANA JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SEARS HOMETOWN AND OUTLET STORES, INC,<br><br>　　　　Defendant | Case No.: 3:15-CV-04026-JST<br><br>STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION |

　　　Plaintiff BREANA JOHNSON ("Plaintiff") and Defendants SEARS HOMETOWN AND OUTLET STORES, INC., SEARS AUTHORIZED HOMETOWN STORES, LLC and SEARS OUTLET STORES, LLC ( "Defendants") (collectively "the Parties"), by and through their attorneys of record, stipulate as follows:

　　　WHEREAS Defendants have filed a Motion to Compel Arbitration and Dismiss or Stay Action;

　　　WHEREAS, said Motion is set to be heard by the Court on December 10, 2015;

　　　WHEREAS the date for Plaintiff to file an opposition to said motion was originally scheduled to be October 19, 2015, and the date for Defendants to file a reply was scheduled to be October 26, 2015;

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION
1

WHEREAS due to a medical emergency in the family of Plaintiff's counsel, Arthur Lazear, it will be difficult or impossible for him to conduct a thorough investigation of the issues involved in this motion and to prepare an opposition on or before October 19, 2015:

WHEREAS Plaintiff's counsel believes he will need until November 2, 2015 to prepare a proper opposition;

WHEREAS Defendant's reply would be due on November 9, 2015 if Plaintiff were to file her opposition on November 2, 2015;

WHEREAS Defendant's counsel is scheduled to be involved in a two-week mediation during and immediately prior to the time that their reply would then be due;

IT IS NOW HEREBY STIPULATED AND AGREED that: The deadline for Plaintiff to file her opposition to Defendants' Motion to Compel Arbitration and Dismiss or Stay Action is extended from October 19, 2015 to November 2, 2015, and the deadline for Defendants to file their reply to that opposition is extended from October 26, 2015 to November 16, 2015.

Dated: __October 16__, 2015

*Arthur W. Lazear*
ARTHUR W. LAZEAR
MORGAN M. MACK
**LAZEAR MACK**
Attorneys for Plaintiff

Dated: __October 16__, 2015

*L. David Russell*
L. DAVID RUSSELL
**JENNER & BLOCK**
Attorneys for Defendants

Pursuant to the above stipulation,

ITS IS HEREBY ORDERED that: The deadline for Plaintiff to file her opposition to Defendants' Motion to Compel Arbitration and Dismiss or Stay Action is extended from October

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION
2

19, 2015 to November 2, 2015, and the deadline for Defendants to file their reply to that opposition is extended from October 26, 2015 to November 16, 2015.

Dated: __October 16__, 2015

_____
THE HONORABLE JON S. TIGAR
United States District Judge

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION
3