```
ARTHUR W. LAZEAR, SBN 083603
arthur@lazearmack.com
MORGAN M. MACK,  SBN 212659
morgan@lazearmack.com
LAZEAR MACK
436-14TH STREET SUITE 1117
OAKLAND, CA 94612
510-735-6316 510-545-2442 FAX
```

Attorneys for Plaintiff
BREANA JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANA JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> SEARS HOMETOWN AND OUTLET STORES, INC.; SEARS AUTHORIZED HOMETOWN STORES, LLC; and SEARS OUTLET STORES, LLC, <br><br> Defendants. | Case No.: 3:15-CV-04026-JST <br><br> STIPULATION AND [PROPOSED] ORDER TO ARBITRATE CLAIM AND STAY PROCEEDINGS |

Plaintiff BREANA JOHNSON ("Plaintiff") and Defendants SEARS HOMETOWN AND OUTLET STORES, INC., SEARS AUTHORIZED HOMETOWN STORES, LLC, and SEARS OUTLET STORES, LLC ("Defendants") (collectively "the Parties"), by and through their attorneys of record, stipulate as follows:

WHEREAS Defendants have filed a Motion to Compel Arbitration and Dismiss or Stay Action;

WHEREAS the Parties have agreed that it would be most efficient to resolve the claims alleged in Plaintiff's First Amended Complaint through binding arbitration, pursuant to the terms of the Parties' Arbitration Agreement, a copy of which is attached as **Exhibit 1**;

WHEREAS the Parties have agreed that the present action should be stayed pending

STIPULATION AND [PROPOSED] ORDER TO ARBITRATE CLAIM AND STAY PROCEEDINGS
1

the outcome of the arbitration;

WHEREAS Defendants have agreed to pay the full arbitration fee to be incurred in pursuing these claims by means of arbitration;

WHEREAS the Parties have agreed that all of the claims alleged by Plaintiff against Defendants in Plaintiff's First Amended Complaint will be dismissed with prejudice after the arbitration process has been completed.

IT IS NOW HEREBY STIPULATED AND AGREED that: The Parties will resolve the claims raised by Plaintiff in the present proceeding by means of binding arbitration, with Defendants to pay the full arbitration fee. The above-captioned action will be stayed pending completion of the arbitration process.

Dated: NOV. 2, 2015

PLAINTIFF BREANA JOHNSON

Dated: _____, 2015

ARTHUR W. LAZEAR
MORGAN M. MACK
**LAZEAR MACK**
Attorneys for Plaintiff

Dated: _____, 2015

DEFENDANTS SEARS HOMETOWN AND OUTLET STORES, INC., SEARS AUTHORIZED HOMETOWN STORES, LLC, and SEARS OUTLET STORES, LLC.

By: _____
NAME: __Charles J. Hansen__
TITLE: __Vice President__

STIPULATION AND [PROPOSED] ORDER TO ARBITRATE CLAIM AND STAY PROCEEDINGS
2

Dated: _____, 2015

RICK RICHMOND
JENNER & BLOCK
Attorneys for Defendants

IT IS SO ORDERED.

Dated: November 5, 2015

IT IS SO ORDERED
Judge Jon S. Tigar