UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANA JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEARS HOMETOWN AND OUTLET STORES, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04026-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 27 |

In light of the parties' prior stipulation and the Court's order staying this matter in favor of binding arbitration, ECF No. 23, and given the statement in the parties' most recent Joint Case Management Statement that they "do not anticipate requesting any additional relief from the Court," ECF No. 27 at 2, the Case Management Conference currently scheduled for May 25, 2016 is continued to May 10, 2017 at 2:00 p.m.

A Joint Case Management Statement is due ten court days beforehand. In lieu of the topics ordinarily required to be addressed in such a statement, the parties are ordered to address the status of the arbitration proceedings, when those proceedings are likely to conclude, and any relief then requested or anticipated to be requested from the Court.

The parties' request to appear by telephone at the May 25, 2016 Case Management Conference, ECF No. 27 at 2, is denied as moot.

IT IS SO ORDERED.

Dated: May 13, 2016

_____
JON S. TIGAR
United States District Judge