LAZEAR MACK LLP
ARTHUR W. LAZEAR, SB 083603
MORGAN M. MACK, SB 212659
435-14th Street, #1117
Oakland, CA 94612
Telephone: (510) 735-6316
Facsimile: (510) 545-4226
Email: arthur@lazearmack.com,
morgan@lazearmack.com

Attorneys for Plaintiff
BREANA JOHNSON

RICK RICHMOND (CA State Bar No. 194962)
L. DAVID RUSSELL (CA State Bar No. 260043)
JENNER & BLOCK LLP
633 West 5th Street Suite 3600
Los Angeles CA 90071
Telephone:    (213) 239-5100
Facsimile:    (213) 239-5199
Email:        rrichmond@jenner.com
              drussell@jenner.com

Attorneys for
SEARS HOMETOWN AND OUTLET STORES, INC.
SEARS AUTHORIZED HOMETOWN STORES, LLC
and SEARS OUTLET STORES

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANA JOHNSON, an individual, | ) Case No.  3:15-CV-04026-JST |
| | ) |
| Plaintiff, | ) **STIPULATION TO DISMISS LAWSUIT** |
| | ) **WITH PREJUDICE and [PROPOSED]** |
| v. | ) **ORDER DISMISSING LAWSUIT WITH** |
| | ) **PREJUDICE** |
| SEARS HOMETOWN AND OUTLET | ) |
| STORES, INC.; SEARS AUTHORIZED | ) |
| HOMETOWN STORES, LLC; SEARS | ) Before the Honorable JON S. TIGAR |
| OUTLET STORES, LLC; and DOES 1- | ) |
| 100, inclusive, | ) |
| Defendant. | ) |

It is hereby stipulated by and between Plaintiff Breana Johnson, on the one hand, and

Defendant SEARS HOMETOWN AND OUTLET STORES, INC.; SEARS AUTHORIZED

1

HOMETOWN STORES, LLC; SEARS OUTLET STORES, LLC, on the other hand, that all claims of Plaintiff Breana Johnson against Defendants in the above-captioned matter be dismissed with prejudice.  All parties to this stipulation shall bear their own fees and costs.

DATED:  10/04/2016                          LAZEAR MACK LLP


By:  /S/ Arthur W. Lazear
        Arthur W. Lazear

Attorneys for Plaintiff
BREANA JOHNSON


DATED:  10/04/2016                          JENNER & BLOCK LLP


By:  /S/ L. David Russell
        L. DAVID RUSSELL

Attorneys for Defendant
SEARS HOMETOWN AND OUTLET
STORES, INC.; SEARS AUTHORIZED
HOMETOWN STORES, LLC; SEARS
OUTLET STORES, LLC

Stipulation to Dismiss Lawsuit Prejudice
Case No. 3:15-CV-04026-JST

**ATTESTATION**

I, Arthur W. Lazear, an ECF User whose ID and password are being used to file this **STIPULATION TO DISMISS LAWSUIT WITH PREJUDICE**, in compliance with Civil L.R. 5-1(i)(3), hereby attest that L. David Russell, attorney for Sears., has concurred with this filing.

Dated:10/04/2016                          By:      /S/ Arthur W. Lazear
                                                   Arthur W. Lazear

                                                   Attorneys for Plaintiff
                                                   ARTHUR W. LAZEAR

**[PROPOSED] ORDER**

It is hereby ORDERED, ADJUDGED AND DECREED that this action and all claims filed herein are DISMISSED WITH PREJUDICE and without attorneys' fees or costs to either party.

**IT IS SO ORDERED.**

Dated:_____          _____
                                     JON S. TIGAR
                                     United States District Court Judge

3

Stipulation to Dismiss Lawsuit Prejudice
Case No. 3:15-CV-04026-JST