1  LAZEAR MACK LLP
2  ARTHUR W. LAZEAR, SB 083603
   MORGAN M. MACK, SB 212659
3  435-14th Street, #1117
   Oakland, CA 94612
4  Telephone: (510) 735-6316
   Facsimile: (510) 545-4226
5  Email: arthur@lazearmack.com,
   morgan@lazearmack.com
6
7  Attorneys for Plaintiff
   BREANA JOHNSON
8
   RICK RICHMOND (CA State Bar No. 194962)
9  L. DAVID RUSSELL (CA State Bar No. 260043)
   JENNER & BLOCK LLP
10 633 West 5th Street Suite 3600
   Los Angeles CA 90071
11 Telephone:     (213) 239-5100
   Facsimile:     (213) 239-5199
12 Email:         rrichmond@jenner.com
                  drussell@jenner.com
13
   Attorneys for
14 SEARS HOMETOWN AND OUTLET STORES, INC.
   SEARS AUTHORIZED HOMETOWN STORES, LLC
15 and SEARS OUTLET STORES

16            IN THE UNITED STATES DISTRICT COURT

17          FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19

20 BREANA JOHNSON, an individual,        )  Case No.  3:15-CV-04026-JST
                                          )
21         Plaintiff,                     )  **STIPULATION TO DISMISS LAWSUIT**
                                          )  **WITH PREJUDICE and** ████████████
22      v.                                )  **ORDER DISMISSING LAWSUIT WITH**
                                          )  **PREJUDICE**
23 SEARS HOMETOWN AND OUTLET             )
   STORES, INC.; SEARS AUTHORIZED        )
24 HOMETOWN STORES, LLC; SEARS           )  Before the Honorable JON S. TIGAR
   OUTLET STORES, LLC; and DOES 1-       )
25 100, inclusive,                        )
                  Defendant.
26
27      It is hereby stipulated by and between Plaintiff Breana Johnson, on the one hand, and

28 Defendant SEARS HOMETOWN AND OUTLET STORES, INC.; SEARS AUTHORIZED

                                          1

HOMETOWN STORES, LLC; SEARS OUTLET STORES, LLC, on the other hand, that all claims of Plaintiff Breana Johnson against Defendants in the above-captioned matter be dismissed with prejudice.  All parties to this stipulation shall bear their own fees and costs.

DATED:   10/04/2016                                 LAZEAR MACK LLP


                                                   By:   /S/ Arthur W. Lazear
                                                         Arthur W. Lazear

                                                   Attorneys for Plaintiff
                                                   BREANA JOHNSON

DATED:   10/04/2016                                 JENNER & BLOCK LLP


                                                   By:   /S/ L. David Russell
                                                         L. DAVID RUSSELL

                                                   Attorneys for Defendant
                                                   SEARS HOMETOWN AND OUTLET
                                                   STORES, INC.; SEARS AUTHORIZED
                                                   HOMETOWN STORES, LLC; SEARS
                                                   OUTLET STORES, LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Arthur W. Lazear, an ECF User whose ID and password are being used to file this **STIPULATION TO DISMISS LAWSUIT WITH PREJUDICE**, in compliance with Civil L.R. 5-1(i)(3), hereby attest that L. David Russell, attorney for Sears., has concurred with this filing.

Dated: 10/04/2016                    By:     /S/ Arthur W. Lazear
                                                        Arthur W. Lazear

                                                        Attorneys for Plaintiff
                                                        ARTHUR W. LAZEAR

**[PROPOSED] ORDER**

It is hereby ORDERED, ADJUDGED AND DECREED that this action and all claims filed herein are DISMISSED WITH PREJUDICE and without attorneys' fees or costs to either party.

**IT IS SO ORDERED.**

Dated: October 4, 2016                    _____
                                                        JON S. TIGAR
                                                        United States District Court Judge

Stipulation to Dismiss Lawsuit Prejudice
Case No. 3:15-CV-04026-JST